FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JAN 21 PM 12:37
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CAL McCOY and
STEVEN STALEY,

Defendants.

8:25CR63

SUPERSEDING INDICTMENT

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)
21 U.S.C. § 853

The Grand Jury Charges:

COUNT 1
(Conspiracy Resulting in Death)

Beginning on or about September 3, 2024, and continuing to on or about October 10, 2024, in the District of Nebraska and elsewhere, the defendants, CAL McCOY and STEVEN STALEY, knowingly and intentionally, combined, conspired, confederated and agreed together and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute a mixture or substance containing fentanyl, a Schedule II controlled substance, that resulted in the death of an individual, Victim 1, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

COUNT 2
(Distribution of Fentanyl)

On or about September 3, 2024, in the District of Nebraska, CAL McCOY did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(C).

COUNT 3
(Possession with Intent to Distribute Fentanyl Analogue)

On or about October 10, 2024, in the District of Nebraska, STEVEN STALEY did knowingly and intentionally possess with intent to distribute 10 grams or more of a mixture or substance containing fentanyl analogue, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B).

COUNT 4
(Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about October 10, 2024, in the District of Nebraska, Defendant STEVEN STALEY did knowingly use and carry a firearm, to wit: a Taurus 9 mm handgun, during and in relation to, and did knowingly possess such firearm in furtherance of a drug trafficking crime for which Defendant STEVEN STALEY may be prosecuted in a court of the United States, that is, the offense described in Count 3 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT 5
(Possession with Intent to Distribute Fentanyl Analogue)

On or about March 6, 2025, in the District of Nebraska, CAL McCOY did knowingly and intentionally possess with intent to distribute 10 grams or more of a mixture or substance containing fentanyl analogue, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B).

COUNT 6
(Distribution of Fentanyl)

On or about January 23, 2025, in the District of Nebraska, CAL McCOY did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(C).

COUNT 7
(Distribution of Fentanyl)

On or about February 25, 2025, in the District of Nebraska, Defendant CAL McCOY did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(C).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1), conspiracy to distribute controlled substance resulting in death, possession with intent to distribute controlled substance, and distribution of controlled substance, Defendants CAL McCOY and STEVEN STALEY shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

a. $60,520.00 in United States currency seized on or about March 6, 2025.

3. If any of the property described above, as a result of any act or omission of Defendant(s):

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

FOR KIMBERLY C. BUNJER
Assistant U.S. Attorney